■ LINDA WARNER, Respondent, v GARY McKENZIE, Appellant.—Order, Supreme Court, New York County (Ethel Danzig, J.), entered on February 3, 1988, and judgment of said court entered thereon on February 24, 1988, unanimously affirmed, for reasons stated by Ethel Danzig, J., without costs and without disbursements. Concur—Kupferman, J. P., Milonas, Kassal, Ellerin and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEMETRIOUS LUMPKIN, Appellant.—Judgment, Supreme Court, New York County (Howard Bell, J.), rendered on September 22, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Milonas, Kassal, Ellerin and Wallach, JJ.